UNITED STATES of America,
Plaintiff-Appellee

v.

Jaime RAMIREZ-ORTIZ,
Defendant-Appellant

No. 16-41250
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed March 15, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jaime Ramirez-Ortiz, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jaime Ramirez-Ortiz has

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ramirez-Ortiz has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ramirez-Ortiz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.